**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAE COMMINGS,

    Plaintiff,

v.                                  CASE NO.:  8:17-cv-01865-EAK-AAS

MIDNIGHT VELVET and MONROE AND MAIN,

    Defendants.

---

**NOTICE OF PENDING SETTLEMENT**

---

Plaintiff**,** MAE COMMINGS, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, MAE COMMINGS, and Defendants, MIDNIGHT VELVET and MONROE AND MAIN, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                              */s/Amanda J. Allen, Esq.*
                                              **Amanda J. Allen, Esq**.
                                              Florida Bar No.:  98228
                                              Amanda@TheConsumerProtectionFirm.com
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              4030 Henderson Blvd.
                                              Tampa, FL 33629
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on February 6, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

      */s/Amanda J. Allen, Esq.*
Amanda J. Allen, Esq.
Florida Bar No.: 98228
Amanda@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No.: 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*